In the Matter of MICHAEL CORRIGAN, Individually and as President of the Structure Maintainers and Structure Maintainer Helpers Association and for the Members Thereof Similarly Situated, et al., Appellants, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.

Submitted October 6, 1952; decided October 16, 1952.

Motions for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. All concur, except CONWAY, J., taking no part. [See 304 N. Y. 172.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALLACE FORD, JR., Appellant.

Submitted October 6, 1952; decided October 16, 1952.

Motion for reargument denied. All concur except CONWAY, J., taking no part. [See 304 N. Y. 679.]